1  Steven G. Rosales
   Attorney at Law: 222224
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562)868-5886
4  Fax: (562)868-5491
   E-mail _steven_rohlfing.office@speakeasy.net
5
   Attorneys for Plaintiff MICHAEL C. COOPER
6

7

8              **UNITED STATES DISTRICT COURT**

9              **NORTHERN DISTRICT OF CALIFORNIA**

10

11

12 | MICHAEL C. COOPER,              ) Case No.:   C10-4299 EMC
                                     )
13 |        Plaintiff,                ) STIPULATION TO EXTEND
                                     ) BRIEFING SCHEDULE ; ORDER
14 |    vs.                           )
                                     )
15 | MICHAEL J. ASTRUE, Commissioner  )
                                     )
16 | of Social Security,              )
                                     )
17 |        Defendant                 )
                                     )
18

19      Plaintiff Michael C. Cooper ("Plaintiff") and defendant Michael Astrue,

20 Commissioner of Social Security ("Defendant"), through their undersigned counsel

21 of record, hereby stipulate, subject to the approval of the Court, to extend the time

22 for Plaintiff to file Plaintiff's Motion for Summary Judgment to July 26, 2011; and

23 that Defendant shall have until August 26, 2011, to file his opposition, if any is

24 forthcoming.  Any reply by plaintiff will be due September 9, 2011.

25

26

1  An extension of time for plaintiff is needed in order to properly address the
2 issues within the 398 page administrative record in this matter.  Counsel sincerely
3 apologizes to the court for any inconvenience this may have had upon it or its staff.
4 Counsel sincerely apologizes to the court for any inconvenience this may have had
5 upon it or its staff.

6
7
8 DATE: May 23, 2011,   Respectfully submitted,
9  LAW OFFICES OF LAWRENCE D. ROHLFING
10  /s/ *Steven G. Rosales*
  BY: _____
11  Steven G. Rosales
  Attorney for plaintiff MICHAEL C. COOPER
12
13 DATED:  May 23, 2011   MELINDA L. HAAG
  United States Attorney
14
15
  */S/- *Brenda Pullin*
16
17  _____
  Brenda Pullin
18  Special Assistant United States Attorney
  Attorney for Defendant
19  [*Via email authorization]
20
21
22
23
24
25
26

-2-

1   IT IS HEREBY ORDERED that plaintiff may have an extension of time, to
2   and including July 26, 2011, in which to file Plaintiff's Motion for Summary
3   Judgment; Defendant may have an extension of time to August 26, 2011 to
4   consider the contentions raised in Plaintiff's Motion for Summary Judgment, and
5   file any opposition if necessary. Any reply by plaintiff will be due September 9,
6   2011. The case management conference set for August 3, 2011 is herby ~~vacated~~ reset for October 28, 2011 at 9:00 a.m. in Courtroom 5, 17th Floor. A joint CMC statement shall be filed by October 21, 2011.
7   IT IS SO ORDERED.
8   DATE:  6/3/11

_____
THE HONORABLE EDWARD M. CHEN
UNITED STATES MAGISTRATE JUDGE

*IT IS SO ORDERED*
*Judge Edward M. Chen*

-3-