UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL C. COOPER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL J. ASTRUE,<br><br>　　　　Defendant. | Case No. 10-cv-04299-EMC   (MEJ)<br><br>**ORDER RE: MOTION FOR ATTORNEY FEES**<br><br>Re: Dkt. No. 31 |

　　This case has been referred to the undersigned magistrate judge to prepare a report and recommendation on the pending Motion for Attorney Fees brought by Steven G. Rosales, counsel for Plaintiff Michael C. Cooper. Dkt. No. 31. No opposition has been filed. To assist the undersigned in preparation of the report and recommendation, the Court ORDERS as follows:

1) Mr. Rosales shall confer with his client, preferably in person, by December 31, 2014, to determine whether Plaintiff opposes the request for an award of 25% of past due benefits.

2) Mr. Rosales shall file a declaration by January 2, 2015, stating (a) whether he conferred with Plaintiff after receiving this notice and (b) whether they conferred in person or by some other means. As part of his declaration, Mr. Rosales shall also provide a detailed accounting of the $92,954.00 past due benefits figure referenced in his motion. Mr. Rosales shall include all documentation in support of this amount.

3) Plaintiff may file a declaration stating his position on the request by January 12, 2015.

**IT IS SO ORDERED.**

Dated: December 17, 2014

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　MARIA-ELENA JAMES
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge