UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL C. COOPER,<br><br>        Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br><br>        Defendant. | Case No. 10-cv-04299-EMC   (MEJ)<br><br>**ORDER TO SHOW CAUSE**<br><br>Re: Dkt. No. 39 |

On March 13, 2015, the Court ordered supplemental briefing from both parties regarding Plaintiff's Motion for Attorney's Fees, with Defendant's response due on March 20, 2015, and Plaintiff's response due on March 27, 2015. Dkt. No. 39. Subsequently, on March 18, 2015, the Court granted the parties' stipulation authorizing additional time for Defendant to file a response to the Court's Order. Dkt. No. 41. Defendant filed a response on April 9, 2015. Dkt. No. 42. However, as of today's date, Plaintiff has yet to file a response.

Accordingly, the Court hereby ORDERS Plaintiff Michael C. Cooper to show cause why sanctions should not be issued failure to comply with court deadlines. Plaintiff shall file a declaration by May 19, 2015. If a responsive declaration is filed, the Court shall either issue an order based on the declaration or conduct a hearing on May 28, 2015 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California.

**IT IS SO ORDERED.**

Dated: May 12, 2015

_____
MARIA-ELENA JAMES
United States Magistrate Judge