**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL C. COOPER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL J. ASTRUE, *Commissioner of Social Security*,<br><br>　　　　Defendant.<br>_____/ | No. C-10-4299 EMC<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION RE PLAINTIFF'S COUNSEL'S UNOPPOSED MOTION TO WITHDRAW MOTION FOR ATTORNEYS' FEES WITHOUT PREJUDICE**<br><br>**(Docket Nos. 37, 45)** |

　　　　Previously, the Court granted Plaintiff's motion for summary judgment and denied Defendant's cross-motion. *See* Docket No. 24 (order). Thereafter, Plaintiff filed a motion for attorney's fees pursuant to the Equal Access to Justice Act and costs pursuant to 28 U.S.C. § 1920. *See* Docket No. 27 (motion). The parties resolved the motion through a stipulation. *See* Docket Nos. 29-30 (stipulation and order). Subsequently, Plaintiff's counsel moved for attorney's fees pursuant to 42 U.S.C. § 406(b). *See* Docket No. 31 (motion). This motion was referred to Judge James for a report and recommendation ("R&R"). *See* Docket No. 34 (order).

　　　　Judge James has now issued her R&R for Plaintiff's counsel's amended motion. *See* Docket No. 37 (amended motion); Docket No. 45 (R&R). In the R&R, Judge James recommends that this Court grant Plaintiff's counsel's unopposed motion to withdraw the fee motion without prejudice to re-filing. *See* Docket No. 45 (R&R at 2). No party has objected to Judge James R&R.

The Court finds the R&R correct, well reasoned, and thorough, and adopts it in every respect. Accordingly, the Court hereby **GRANTS** Plaintiff's counsel's unopposed motion to withdraw the fee motion without prejudice to re-filing.

This order disposes of Docket Nos. 37 and 45.

IT IS SO ORDERED.

Dated: June 10, 2015

_____
EDWARD M. CHEN
United States District Judge